THOMAS W. FREEMAN, Plaintiff in Error, v. HENRY COUNTY, Defendant in Error.

*Fees, Circuit Attorney.*—The circuit attorney, for prosecuting or defending suits for or against one of the counties of his circuit, is entitled to no greater compensation than that allowed by the statute. (R. C. 1855, p. 756, § 2, and p. 275, § 13.)

*Error to Henry Circuit Court.*

*Welch*, attorney general, for defendant in error.

I. The plaintiff is expressly required by law to prosecute all civil actions in which any county in his circuit may be concerned, and to defend all suits brought against any county in his circuit. (1 R. C. 1855, p. 275, § 13.) The fee law provides for the payment of his fee for such services (1 R. C. 1855, p. 756, § 2), and by the forty-second section a penalty is prescribed for demanding or receiving a greater fee than is allowed by the act.

II. The court did not err in the giving or refusing instructions.

DRYDEN, Judge, delivered the opinion of the court.

The plaintiff, while circuit attorney of the judicial circuit

in which Henry county was comprised, as the attorney of the defendant, prosecuted one suit brought by the county, and defended another brought against it, in the Circuit Court, and has instituted this proceeding to recover the reasonable value of his services in the two suits. The Circuit Court decided that he was not entitled to recover on the ground that the services were performed in the discharge of his official duties as circuit attorney, for which compensation was prescribed by statute in the form of fees.

The decision of the Circuit Court was clearly right. The fifteenth section of the act of 1855, defining the duties of circuit attorneys, (R. C. 1855, p. 275,) provides: "The circuit attorney shall reside in his circuit, and commence and prosecute all civil and criminal actions in which the State or any county in his circuit may be concerned; defend all suits brought against the State or any county in his circuit," &c.

The fee law of 1855 (R. C. 1855, p. 756) provides: "Sec. 2. Circuit attorneys shall be allowed fees as follows, unless in cases where it is otherwise directed by law—for his services in all actions which it is, or shall be made, his duty by law to prosecute or defend, four dollars."

The other judges concurring, the judgment of the Circuit Court is affirmed.